### (June 5, 1980)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BENJAMIN SEEGARS, Appellant.—Judgment, Supreme Court, Bronx County, rendered on October 23, 1978, unanimously affirmed. Appellant's appeal from the judgment rendered November 25, 1977, is dismissed, since by reason of resentence that judgment was vacated and the judgment rendered October 23, 1978, substituted therefor, and it is only from the latter judgment that an appeal lies. No opinion. Concur—Murphy, P. J., Kupferman, Birns, Bloom and Lynch, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LOUIS CHRISTY, Appellant.—Judgment, Supreme Court, Bronx County, rendered on January 4, 1979, unanimously affirmed. Assigned counsel's motion to be relieved as counsel is denied. No opinion. Concur—Murphy, P. J., Kupferman, Birns, Bloom and Lynch, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v VINO GREEN, Appellant.—Judgment, Supreme Court, New York County, rendered on January 8, 1980, unanimously affirmed. Appellant's appeal from the judgment rendered August 3, 1978, is dismissed, since by reason of resentence that judgment was vacated and the judgment rendered January 8, 1980, substituted therefor, and it is only from the latter judgment that an appeal lies. No opinion. Concur—Murphy, P. J., Kupferman, Birns, Bloom and Lynch, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PHILIP FITZPATRICK, Appellant.—Judgment, Supreme Court, New York County, rendered on June 22, 1979, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur—Birns, J. P., Sandler, Ross, Markewich and Silverman, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT MELLI, Appellant.—Judgment, Supreme Court, New York County, rendered on April 20, 1977, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur—Ross, J. P., Lupiano, Silverman, Bloom and Yesawich, JJ.

■ BANKERS TRUST COMPANY, Plaintiff, v MARINA ESTATES, INC., et al., Defendants. ANTHONY W. LEDERER, Respondent, v BANKERS TRUST COMPANY, Appellant.—Order, Supreme Court, New York County, entered on February 18, 1977, unanimously affirmed. Respondent shall recover of appellant $75 costs and disbursements of this appeal. The appeal from the order entered on December 10, 1976, unanimously dismissed, without costs and without disbursements, as said order was superseded by the order entered on February 18, 1977. No opinion. Concur—Sandler, J. P., Sullivan, Markewich, Lupiano and Carro, JJ.